IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01989-WYD-CBS

TOM WINDHORST,

    Plaintiff,

v.

CHASE LUMBER COMPANY,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

    The parties filed a Stipulation for Dismissal with Prejudice [# 13] on May 24, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney's fees.

    Dated:  May 24, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge